

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TX
*04/20/2015*
CHRISTOPHER A. PRINE,
CLERK

FRANK A. KING
Assistant Attorney General
General Litigation Division

PHONE: (512) 936-1301
FAX: (512) 320-0667
EMAIL: FRANK.KING@TEXASATTORNEYGENERAL.GOV

April 20, 2015

Christopher Prine, Clerk
14th Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

      RE:    Court of Appeals No. 14-15-00355-CV
              Cause No. 2014-53946; *Pinard Home Health, Inc. v. Anne G. Arndt*;
              In the 190th Judicial District of Harris County, Texas

Dear Mr. Prine:

     With regard to the matter referenced above, this letter serves as written notice that I will be on vacation from *July 20 through July 31, 2015.* During this time period, I respectfully request that no hearings or trial be scheduled. By a copy of this letter, I am notifying all counsel of record requesting that they not schedule arguments during this time as well.

     Should you need to contact me during this time, please feel free to contact, my assistant, Jennifer Holt, at (512) 463-2120. Thank you for your attention and assistance in this matter.

                              Sincerely,

                              Frank A. King
                              Assistant Attorney General
                              General Litigation Division

FAK/le
cc:   Nathan Steadman (*via email*)
       Mary Jane Lorkowski (*via email*)
       Clients (*via email*)